UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                     Case No. 22-cr-20286
                                          Hon: Matthew F. Leitman

v.

SEYDOU BA,

      Defendant.
_____/

## **ORDER GRANTING MOTION TO ALLOW COUNSEL TO BRING A LAPTOP AND HARD DRIVE TO MILAN CORRECTIOAL FACILITIES**

This matter comes before the Court upon Motion to Allow Counsel to bring Laptop and Hard Drive to Milan Correctional Facilities. For good cause shown. The Motion is **GRANTED**. Attorney Robert Kinney is allowed to bring his laptop and hard drive to Milan Correctional Facilities.

      **IT IS SO ORDERED.**

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126